**%JS 44 (Rev. 11/04)**

# CIVIL COVER SHEET

**APPENDIX H**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)   PLAINTIFFS

Victoria Fredrick and LAF Studios, LLC

**(b)**   County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)**   Attorney's (Firm Name, Address, and Telephone Number)
Margaret Sherry Lurio, Lurio & Associates, P.C., One Commerce
Square, 2005 Market St., Ste. 3320, Phila., PA 19103 (215) 665-9300

## DEFENDANTS

Terrence Howard

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

| | |
|---|---|
| 1   U.S. Government<br>     Plaintiff | 3   Federal Question<br>     (U.S. Government Not a Party) |
| 2   U.S. Government<br>     Defendant | X 4   Diversity<br>     (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                     and One Box for Defendant)

| | PTF | DEF | | | PTF | DEF |
|---|---|---|---|---|---|---|
| Citizen of This State | 1 | X 1 | Incorporated or Principal Place<br>of Business in This State | | 4 | 4 |
| Citizen of Another State | X 2 | 2 | Incorporated and Principal Place<br>of Business in Another State | | 5 | 5 |
| Citizen or Subject of a<br>Foreign Country | 3 | 3 | Foreign Nation | | 6 | 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of Overpayment<br>    & Enforcement of Judgment<br>151 Medicare Act<br>152 Recovery of Defaulted<br>    Student Loans<br>    (Excl. Veterans)<br>153 Recovery of Overpayment<br>    of Veteran's Benefits<br>160 Stockholders' Suits<br>X 190 Other Contract<br>195 Contract Product Liability<br>196 Franchise | **PERSONAL INJURY**<br>310 Airplane<br>315 Airplane Product<br>    Liability<br>320 Assault, Libel &<br>    Slander<br>330 Federal Employers'<br>    Liability<br>340 Marine<br>345 Marine Product<br>    Liability<br>350 Motor Vehicle<br>355 Motor Vehicle<br>    Product Liability<br>360 Other Personal<br>    Injury | **PERSONAL INJURY**<br>362 Personal Injury -<br>    Med. Malpractice<br>365 Personal Injury -<br>    Product Liability<br>368 Asbestos Personal<br>    Injury Product<br>    Liability<br>**PERSONAL PROPERTY**<br>370 Other Fraud<br>371 Truth in Lending<br>380 Other Personal<br>    Property Damage<br>385 Property Damage<br>    Product Liability | 610 Agriculture<br>620 Other Food & Drug<br>625 Drug Related Seizure<br>    of Property 21 USC 881<br>630 Liquor Laws<br>640 R.R. & Truck<br>650 Airline Regs.<br>660 Occupational<br>    Safety/Health<br>690 Other | 422 Appeal 28 USC 158<br>423 Withdrawal<br>    28 USC 157<br><br>**PROPERTY RIGHTS**<br>820 Copyrights<br>830 Patent<br>840 Trademark | 400 State Reapportionment<br>410 Antitrust<br>430 Banks and Banking<br>450 Commerce<br>460 Deportation<br>470 Racketeer Influenced and<br>    Corrupt Organizations<br>480 Consumer Credit<br>490 Cable/Sat TV<br>810 Selective Service<br>850 Securities/Commodities/<br>    Exchange<br>875 Customer Challenge<br>    12 USC 3410 |
| **REAL PROPERTY**<br>210 Land Condemnation<br>220 Foreclosure<br>230 Rent Lease & Ejectment<br>240 Torts to Land<br>245 Tort Product Liability<br>290 All Other Real Property | **CIVIL RIGHTS**<br>441 Voting<br>442 Employment<br>443 Housing/<br>    Accommodations<br>444 Welfare<br>445 Amer. w/Disabilities -<br>    Employment<br>446 Amer. w/Disabilities -<br>    Other<br>440 Other Civil Rights | **PRISONER PETITIONS**<br>510 Motions to Vacate<br>    Sentence<br>Habeas Corpus:<br>530 General<br>535 Death Penalty<br>540 Mandamus & Other<br>550 Civil Rights<br>555 Prison Condition | **LABOR**<br>710 Fair Labor Standards<br>    Act<br>720 Labor/Mgmt. Relations<br>730 Labor/Mgmt.Reporting<br>    & Disclosure Act<br>740 Railway Labor Act<br>790 Other Labor Litigation<br>791 Empl. Ret. Inc.<br>    Security Act | **SOCIAL SECURITY**<br>861 HIA (1395ff)<br>862 Black Lung (923)<br>863 DIWC/DIWW (405(g))<br>864 SSID Title XVI<br>865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>870 Taxes (U.S. Plaintiff<br>    or Defendant)<br>871 IRS—Third Party<br>    26 USC 7609 | 890 Other Statutory Actions<br>891 Agricultural Acts<br>892 Economic Stabilization Act<br>893 Environmental Matters<br>894 Energy Allocation Act<br>895 Freedom of Information<br>    Act<br>900Appeal of Fee Determination<br>    Under Equal Access<br>    to Justice<br>950 Constitutionality of<br>    State Statutes |

## V. ORIGIN   (Place an "X" in One Box Only)

| | | | | | | Appeal to District |
|---|---|---|---|---|---|---|
| 1 X Original<br>Proceeding | 2 Removed from<br>State Court | 3 Remanded from<br>Appellate Court | 4 Reinstated or<br>Reopened | 5 Transferred from<br>another district<br>(specify) | 6 Multidistrict<br>Litigation | 7 Judge from<br>Magistrate<br>Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332 (a)(2)
Brief description of cause:
Breach of contract and declaratory judgment re commissions owed

## VII. REQUESTED IN   COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $**
$137,500 plus
declaratory judgment for future commissions

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   Yes   X No

## VIII. RELATED CASE(S)   IF ANY

(See instructions):

JUDGE _____   DOCKET NUMBER _____

---

DATE
May 3, 2011

SIGNATURE OF ATTORNEY OF RECORD
/s/ Margaret Sherry Lurio   MSL7613

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## UNITED STATES DISTRICT COURT

**APPENDIX F**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 4418 Pottsville Pike, Reading, PA 19605

Address of Defendant: 701 N.W. 36th Avenue, Miami, FL 33125 and 8647 Southampton Drive, Miramar, FL 33025

Place of Accident, Incident or Transaction: multiple states

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))___          Yes☐  No☒

Does this case involve multidistrict litigation possibilities?          Yes☐  No☒
*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
          Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?          Yes☐  No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?          Yes☐  No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
     (Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☒ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
     (Please specify)

## ARBITRATION CERTIFICATION

*(Check appropriate Category)*

I, Margaret Sherry Lurio _____, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: May 3, 2011          /s/ Margaret Sherry Lurio   MSL7613          35217
                                          Attorney-at-Law                              Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: May 3, 2011          /s/ Margaret Sherry Lurio  MSL7613          35217
                                          Attorney-at-Law                              Attorney I.D.#

CIV. 609 (4/03)

**APPENDIX I**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Victoria Fredrick and LAF Studios, LLC, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| Terrence Howard, | : | NO. |
| Defendant. | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)  Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.            ( )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits            ( )

(c)  Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d)  Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.            ( )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)            ( )

(f)  Standard Management – Cases that do not fall into any one of the other tracks.      ( x )


| | | |
|---|---|---|
| May 3, 2011 | Lurio & Associates, P.C. | Margaret Sherry Lurio |
| **Date** | **Attorney-at-law** | **Attorney for**  Plaintiffs |
| (215) 665-9300 | (215) 665-8582 | mlurio@luriolaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VICTORIA FREDRICK** | : | |
| **9 Taft Court** | : | |
| **East Windsor, New Jersey, 08520** | : | |
| | : | |
| **and** | : | |
| | : | |
| **LAF STUDIOS, LLC** | : | **CIVIL ACTION** |
| **9 Taft Court** | : | **NO.** |
| **East Windsor, New Jersey, 08520** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TERRENCE HOWARD** | : | |
| **3008 Spring Mill Road** | : | |
| **Plymouth Meeting, Pennsylvania,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### COMPLAINT

Plaintiffs Victoria Fredrick (hereinafter "Fredrick") and LAF Studios, LLC (hereinafter "LAF Studios") hereby make claim for monetary damages and declaratory relief against Defendant Terrence Howard (hereinafter "Howard"), and aver in support thereof as follows:

1.     Fredrick is an adult individual who resides at 9 Taft Court, East Windsor, New Jersey 08520.

2.     LAF Studios is a New Jersey limited liability company with its principal place of business at 9 Taft Court, East Windsor, New Jersey 08520.

1

3.    Fredrick is the managing member of LAF Studios.

4.    LAF Studios is engaged in the business of management,
film production and graphic services.

5.    Howard is an adult individual who, upon information and
belief, resides at 3008 Spring Mill Road, Plymouth Meeting,
Montgomery County, Pennsylvania 19462.

6.    This court has jurisdiction over this action pursuant to
28 U.S.C.A. §1332(a)(2) since the controversy is between citizens
of different states and the amount in controversy is in excess of
$75,000.00, exclusive of interest and costs.

7.    This court has jurisdiction over Defendant and venue is
proper in the United States District Court for the Eastern District
of Pennsylvania since Defendant resides in this district.

8.    At all relevant times, Howard has been an actor and
recording artist.

9.    In 2004, Lori Howard, at that time Howard's former wife,
through her company, Lori McMasters, Inc. (hereinafter "LMI"),
acted as Howard's manager and LMI served as the loan out
corporation for Howard (i.e., Howard rendered his professional
services to third parties as an employee of LMI).

10.    In approximately February, 2004, Fredrick entered into a
contract with LMI whereby Fredrick provided personal management
services for Howard.

11.    On or about April 2005, Fredrick was directly engaged by

2

Howard to become Howard's sole personal manager.

12. As personal manager for Howard, Fredrick took care of Howard's personal affairs, counseled and advised Howard as to professional opportunities, charted his career, and interfaced with Howard's agents, publicists, lawyers and accountants.

13. In early September 2005, Howard and Fredrick agreed that Fredrick would receive a ten percent (10%) commission on all amounts earned by Howard from his activities in the entertainment industry (hereinafter "Projects")from that point on while Fredrick acted as his personal manager, which services she provided through her company, LAF Studios. It was further agreed between Howard and Fredrick that Fredrick would receive a ten percent (10%) commission on Howard's contingent compensation (including without limitation so=called "profit" or royalty participations based upon the commercial performance of Projects for which Howard was engaged, as well as residual payments for his appearances to which he might subsequently become entitled for his on-camera appearances as a member of the Screen Actors Guild ("SAG") and/or American Federation of Television and Radio Artists ("AFTRA"), even if the residual or royalty was paid to Howard after Fredrick was no longer personal manager for Howard.

14. In late September 2005, it was agreed among Howard, Fredrick and Shakim Compere (hereinafter "Compere") that Compere and Howard would act as co-personal managers for Howard, and

3

Fredrick would continue to receive a ten percent (10%) commission under the same terms as referenced in the preceding paragraph.

15. For the Projects that Howard worked on while Fredrick had performed services while affiliated with LMI, Howard and Fredrick agreed that going forward Fredrick would receive a ten percent (10%) commission on all residuals earned by Howard on those Projects.

16. In September 2007, Fredrick and Howard agreed that Fredrick would continue to receive a ten percent (10%) commission as set forth above, with the exception that Fredrick would receive five percent (5%) commission on fees earned by Howard on music Projects worked on while Fredrick served as Howard's personal manager, including royalties and profit participations on such Projects.

17. It was agreed in May 2008 between Fredrick and Howard that Fredrick would receive a ten percent (10%) commission on fees earned by Howard from his music Projects undertaken while Fredrick served as Howard's personal manager, including royalties on such Projects.

18. On or about January 6, 2010, Howard terminated Fredrick as his personal manager.

19. Prior to Fredrick's termination, and continuing to the present, Howard has refused to pay Fredrick commissions she is owed for Projects.

4

20. Howard worked as an actor in the film "Fightin". For his work in this film, Howard was paid $1,750,000, of which he has paid Fredrick $87,500, leaving a balance owed to Fredrick of $87,500, as well as future residuals.

21. Howard worked as an actor in the film "Winnie". For his work in this film, Howard was paid $1,000,000, of which he has paid Fredrick $50,000, leaving a balance owed to Fredrick of $50,000, as well as future residuals.

22. The following Projects had completed production while Fredrick was affiliated with LMI (substantially prior to Fredrick's termination): "Animal", "Eyes were Watching God", "Four Brothers", "Get Rich or Die Tryin", "Hustle n Flow", "Wifey", "Idlewild", and "Lakawwana Blues".

23. For the Projects referenced in Paragraphs 20-22, Howard owes Fredrick ten percent (10%) commission on all residuals earned by Howard for these Projects.

24. At the time when Howard terminated Fredrick, the following non-music Projects had competed production while Fredrick was Howard's personal manager: "August Rush", "Awake", "Fightin", "For All Mankind", "Iron Man", "Little Murder", "Perfect Holiday", "Pride", "Princess and the Frog", "Redtails", "The Brave One", "The Hunting Party", "The Ledge", and "Winnie".

25. In addition to the commissions set forth above in Paragraphs 20-23, for the Projects referenced in the preceding

5

paragraph, Howard owes Fredrick ten percent (10%) commission on all residuals earned by Howard for these Projects.

26. At the time when Howard terminated Fredrick, Howard had completed a music contract with Sony Music, said agreement being entered into during the time when Fredrick acted as Howard's personal manager.

27. For the Sony Music contract referenced in the preceding paragraph, Howard owes Fredrick ten percent (10%) commission on all royalties earned by Howard for these Projects.

28. At the time when Howard terminated Fredrick, Fredrick had already performed work, including providing advice to and/or coordinating conversations among Howard's agents, attorneys and accountants on Howard's behalf, for a number of Projects for which negotiated agreements are substantially complete but which have not yet started production, including: "1004", "25 to Life", "28th Amendment", "4 Chosen", "A Killing At Paradise Yard", "A Street Car Named Desire", "Anansi Boys", "Assisted Living", "Baggage Claim", "Bardos", "Blank Panther (Marvel)", "Blood on the Leaves", "Carnival", "Cat on a Hot Tin Roof MOW", "Charlie Pride", "Chevalier", "Cold Cold Heart", "Color Blind", "Countdown", "Crusaders", "DC Comics", "Den of Thieves", "Diamond District", "Diplomat", "Diary of Mad Men", "Doing the Boxstep", "Down City", "Emperor", "Emperor of Ocean Park", "Factor X", "Flesh & Blood/Untitled Johnny Spain", "Golden Age", "Green Lantern" "Hold

on Tight", "Homecoming", "I, Alex Cross", "It is Something I Said (Pryor)", "JBM", "Jailhouse Lawyer", "Jimi Hendrix", "Knucklehead", "Last Pharaoh", "Lear", "Learning Uncle Vernon", "Legends of October", "Lil Scarlet", "Macbett", "Mainline", "Marvel Comics assorted (Luc Cage, Ant-Man, Dr. Strange)", "Marvin Gaye", "Mechanics of Ordinary Living", "Motorcade", "Miracle", "Morgan's Summit", "Moulin Rouge/ Fountain Bleu", "Orbit" "Pigs n Panthers", "Pinstripe", "Premium Rush", "Prisoners", "Professor Longhair", "Pure Life", "Pushkin", "Quail Hollow", "Rabbit", "Return to Sender", "Rick James", "Rule of Nines", "Running with God", "Selma", "Seven days to Mania", "Shadow", "Silver Linings Playbook", "SIS", "Slam Dunk Mom", "Smokey Robinson", "Soul Train", "Stringbean and Marcus", "The Hearts of Men", "The Joint", "The Long Run", "Together", "Two A Days", "untitled Terrence/Taraji Romantic Comedy", "Uprising", "Vanishing on Seventh Street", "Virtue", "Walter's Boys", "What Ever Happened to Baby Jane", "Wicked Smart", and "Year One".

29. If Howard receives compensation for the Projects referenced in the preceding paragraph, Fredrick and LAF Studios are entitled to receive ten percent (10%) commission of all amounts paid to Howard for said Projects.

7

## COUNT I
## PLAINTIFFS VICTORIA FREDRICK AND LAF STUDIOS, LLC V. DEFENDANT TERRENCE HOWARD
## BREACH OF CONTRACT

30. The averments of Paragraphs 1-29 are hereby incorporated by reference as if set forth at length.

31. Howard has breached his contract with Fredrick and LAF Studios by refusing to pay Fredrick and LAF Studios the aforesaid commissions in the amount of $137,500 for "Fightin" and "Winnie".

32. As a direct and proximate result of Howard's breach of contract, Fredrick and LAF Studios have sustained damages in the amount of $137,500.

WHEREFORE, Plaintiffs Victoria Fredrick and LAF Studios, LLC request that judgment be entered in their favor and against Defendant Terrence Howard for damages in an amount of One Hundred Thirty-seven Thousand Five Hundred Dollars ($137,500), plus interest, as well as costs of suit and any other relief deemed appropriate by this court.

## COUNT II
## PLAINTIFFS VICTORIA FREDRICK AND LAF STUDIOS, LLC V. DEFENDANT TERRENCE HOWARD
## UNJUST ENRICHMENT

33. The averments of Paragraphs 1-32 are hereby incorporated by reference as if set forth at length.

34. Fredrick and LAF Studios incurred great expense and effort in providing personal managerial services to Howard.

8

35. As a result of Fredrick and LAF Studios' expense and effort, Howard realized monetary benefits, including payments to him and business entities which he controls.

36. Howard has wrongly retained the benefits realized from Fredrick and LAF Studio's expense and efforts.

37. Howard has been unjustly enriched by Fredrick and LAF Studios' efforts as set forth above.

38. Howard is liable to Fredrick and LAF Studios for unjust enrichment in the amount of $137,500.

WHEREFORE, Plaintiffs Victoria Fredrick and LAF Studios, LLC request that judgment be entered in their favor and against Defendant Terrence Howard for damages in an amount of One Hundred Thirty-seven Thousand Five Hundred Dollars ($137,500), plus interest, as well as costs of suit and any other relief deemed appropriate by this court.

## COUNT III
### PLAINTIFFS VICTORIA FREDRICK AND LAF STUDIOS, LLC V. DEFENDANT TERRENCE HOWARD
### DECLARATORY JUDGMENT

39. The averments of Paragraphs 1-38 are hereby incorporated by reference as if set forth at length.

40. Pursuant to Howard and Fredrick's agreement, Howard agreed to pay to Fredrick and/or LAF Studios commissions on Projects and continuing residuals and royalties on other Projects.

WHEREFORE Fredrick and LAF Studios are entitled to a

9

declaration from this court that Fredrick and LAF Studios are entitled to the following commissions in the future:

a.    Ten percent (10%) commission on all residuals earned by Howard for the following Projects completed when Fredrick was affiliated with LMI: Animal, Eyes were Watching God, Four Brothers, Get Rich or Die Tryin, Hustle n Flow, Idlewild, and Lackawanna Blues;

b.    Ten percent (10%) commission on all residuals for the following non-music Projects competed when Fredrick was working with Howard as personal manager: August Rush, Awake, Fightin, Iron Man, Little Murder, Pride, Princess and the Frog, Redtails, The Brave One, The Hunting Party, The Ledge, and Winnie;

c.    Ten percent (10%) commission on all royalties for the following music Projects competed when Fredrick was working with Howard as manager: Sony Music; and

d.    Ten percent (10%) commission on all residuals for the following non-music Projects worked on by Fredrick while she was working with Howard as personal manager: "1004", "25 to Life", "28th Amendment", "4 Chosen", "A Killing At Paradise Yard", "A Street Car Named Desire",    "Anansi Boys", "Assisted Living", "Baggage Claim", "Bardos", "Blank Panther (Marvel)",    "Blood on the Leaves", "Carnival", "Cat on a Hot Tin Roof MOW", "Charlie Pride", "Chevalier", "Cold

10

Cold Heart", "Color Blind", "Countdown", "Crusaders", "DC Comics", "Den of Thieves", "Diamond District", "Diplomat", "Diary of Mad Men", "Doing the Boxstep", "Down City", "Emperor", "Emperor of Ocean Park", "Factor X", "Flesh & Blood/Untitled Johnny Spain", "Golden Age", "Green Lantern" "Hold on Tight", "Homecoming", "I, Alex Cross", "It is Something I Said (Pryor)", "JBM", "Jailhouse Lawyer", "Jimi Hendrix", "Knucklehead", "Last Pharaoh", "Lear", "Learning Uncle Vernon", "Legends of October", "Lil Scarlet", "Macbett", "Mainline", "Marvel Comics assorted (Luc Cage, Ant-Man, Dr. Strange)", "Marvin Gaye", "Mechanics of Ordinary Living", "Motorcade", "Miracle", "Morgan's Summit", "Moulin Rouge/ Fountain Bleu", "Orbit" "Pigs n Panthers", "Pinstripe", "Premium Rush", "Prisoners", "Professor Longhair", "Pure Life", "Pushkin", "Quail Hollow", "Rabbit", "Return to Sender", "Rick James", "Rule of Nines", "Running with God", "Selma", "Seven days to Mania", "Shadow", "Silver Linings Playbook", "SIS", "Slam Dunk Mom", "Smokey Robinson", "Soul Train", "Stringbean and Marcus", "The Hearts of Men", "The Joint", "The Long Run", "Together", "Two A Days", "untitled Terrence/Taraji Romantic Comedy", "Uprising", "Vanishing on Seventh Street", "Virtue", "Walter's Boys", "What Ever Happened to

Baby Jane", "Wicked Smart", and "Year One".

LURIO & ASSOCIATES, P.C.

Margaret Sherry Lurio, Esquire
One Commerce Square
2005 Market Street
Suite 3320
Philadelphia, PA 19103
(215)665-9300
mlurio@luriolaw.com
Attorney for Plaintiffs
Victoria Fredrick and LAF
Studios, LLC

12