```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

VICTORIA FREDRICK, et al     :

                              :

    vs.                        :        CIVIL ACTION NO. 11-2961

TERRENCE HOWARD              :

<u>O R D E R</u>

       **AND NOW, TO WIT:** This 18th day of April, 2012, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

       **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. The Court intends to retain jurisdiction for ninety (90) days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.

                                   **MICHAEL E. KUNZ**, Clerk of Court

                                **BY:** /ss/ Doreen A. Boyer
                                    Doreen A. Boyer
                                    Deputy Clerk

Civ 2 (7/95)
41.1(b)